UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA AARON KEATING, #841873,

       Petitioner,

v.

CASE NO. 2:21-CV-10112
HONORABLE NANCY G. EDMUNDS

CONNIE HORTON,

       Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, the Honorable Nancy G. Edmunds, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

       s/ Nancy G. Edmunds
       NANCY G. EDMUNDS
       UNITED STATES DISTRICT JUDGE

Dated: January 28, 2021